S90G0309. THOMPSON v. SCOTT.
(393 SE2d 447)

PER CURIAM.

We granted certiorari in this case, *Scott v. Thompson,* 193 Ga. App. 487 (388 SE2d 371) (1989), to consider whether the Court of Appeals correctly held that the trial court should not have granted defendants a new trial on the principal amount of the notes in dispute, but should have granted a new trial only on capital gains, interest, and attorney fees. Having considered the record and arguments, we affirm the judgment of the Court of Appeals.

*Judgment affirmed. Smith, P. J., Weltner, Bell, Hunt, Fletcher, JJ., Judge John H. Ruffin, Jr., and Judge Thomas Day Wilcox, Jr., concur; Benham, J., not participating. Clarke, C. J., disqualified.*

DECIDED APRIL 25, 1990 —
RECONSIDERATION DENIED MAY 17, 1990.

*Hylton B. Dupree, Jr., Mark A. Johnson,* for appellant.
*Stevens & Gerson, Ronald S. Stevens, Ervin H. Gerson,* for appellee.